Argued May 22, affirmed June 11, reconsideration denied July 17, petition for review denied September 4, 1974

STANLEY NEAL MURPHY, *Appellant, v.*
SULLIVAN (No. 80076), *Respondent.*
522 P2d 910

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Timothy Wood,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Anthony,* 179 Or 282, 169 P2d 587 (1946), *cert denied* 330 US 826 (1947).